FILED
2013 May-17 PM 12:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **GWENDOLYN LOVE,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **Civil Action No. CV-12-S-2547-NE** |
| ) | |
| **GC SERVICES, L.P.,** ) | |
| ) | |
| **Defendant.** ) | |

## FINAL JUDGMENT

This action is before the court on "Plaintiff's Acceptance of Offer of Judgment and Request for Entry of Judgment Against Defendant."[1] Accordingly, and pursuant to Federal Rule of Civil Procedure 68, final judgment is entered as follows: it is CONSIDERED, ORDERED, and ADJUDGED that plaintiff, Gwendolyn Love, have and recover of defendant, GC Service, L.P., the sum or amount of Three Thousand Three Hundred and no/100ths Dollars ($3,300.00), together with costs now accrued. The Clerk is directed to close this file.

DONE this 17th day of May, 2013.

_____
United States District Judge

---

[1] Doc. no. 14.